# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:21-CV-209-FDW-DCK

| | |
|---|---|
| MATTHEW URBAN, and VAN WARNER, ) <br> ) <br> **Plaintiffs**, ) <br> ) <br> v. ) <br> ) <br> DELI MANAGEMENT, INC., d/b/a JASON'S ) <br> DELI, ) <br> ) <br> **Defendant**. ) <br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) filed by Jared E. Gardner, concerning Christopher M. Bentley, on June 4, 2021. Christopher M. Bentley seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) is **GRANTED**. Christopher M. Bentley is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: June 4, 2021

David C. Keesler
United States Magistrate Judge