IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-209-FDW-DCK

| MATTHEW URBAN, and VAN WARNER, | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| v. | ) | **ORDER** |
| DELI MANAGEMENT, INC., d/b/a JASON'S DELI, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) filed by Jared E. Gardner, concerning Meaghan K. Maus, on June 4, 2021. Meaghan K. Maus seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) is **GRANTED**. Meaghan K. Maus is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: June 4, 2021

David C. Keesler
United States Magistrate Judge