# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:21-CV-209-FDW-DCK

| | |
|---|---|
| **MATTHEW URBAN, and VAN WARNER,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**DELI MANAGEMENT, INC., d/b/a JASON'S DELI,** )<br>)<br>**Defendant**. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) filed by Philip J. Gibbons, Jr., concerning Christopher M. Timmel, on June 9, 2021. Christopher M. Timmel seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) is **GRANTED**. Christopher M. Timmel is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: June 10, 2021

David C. Keesler
United States Magistrate Judge