# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CASE NO. 3:21-CV-209-FDW-DCK

| | |
|---|---|
| MATTHEW URBAN, and VAN WARNER, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **ORDER** |
| ) | |
| DELI MANAGEMENT, INC., d/b/a JASON'S ) | |
| DELI, ) | |
| ) | |
| **Defendant**. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 17) filed by Jared E. Gardner, concerning Kevin D. Johnson, on November 30, 2021. Kevin D. Johnson seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 17) is **GRANTED**. Kevin D. Johnson is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: November 30, 2021

David C. Keesler
United States Magistrate Judge