# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:21-CV-209-FDW-DCK

| | |
|---|---|
| VAN WARNER and MATTHEW URBAN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DELI MANAGEMENT, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Extend The Trial Term And All Remaining Deadlines In The Case Management Order" (Document No. 25) filed January 28, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion with modification.

The instant motion is the parties' second request to extend almost all of the deadlines in this case. See (Document No. 19). The Court granted the previous motion in part, and denied it in part. (Document No. 20). As such the current deadlines are: discovery – **January 14, 2022**; mediation - **January 28, 2022**; and dispositive motions – **February 11, 2022**. Id. The parties now seek to extend these deadlines by sixty (60) days. (Document No. 25). Based on the "unexpected circumstances" described in the Joint Motion, the Court will allow an additional extension of the case deadlines. However, further extensions are unlikely to be allowed.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Extend The Trial Term And All Remaining Deadlines In The Case Management Order" (Document No. 25) is **GRANTED**. The case deadlines are revised as follows: discovery completion – **March 4, 2022**; mediation

report – **March 18, 2022**; dispositive motions – **April 1, 2022**; dispositive motions hearing – **TBD**; trial term – **July 11, 2022**.

    **SO ORDERED**.

Signed: January 31, 2022

David C. Keesler
United States Magistrate Judge