IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:21-CV-209-FDW-DCK

| | |
|---|---|
| MATTHEW URBAN and VAN WARNER,<br><br>       Plaintiffs,<br> -against-<br><br>DELI MANAGEMENT, INC., d/b/a JASON'S DELI,<br><br>       Defendant. | JOINT NOTICE OF SETTLEMENT |

  Plaintiff Van Warner ("Plaintiff Warner") and Defendant Deli Management, Inc., d/b/a Jason's Deli ("Defendant") (together, the "Parties"), hereby give notice that the Parties have reached an agreement to settle Plaintiff Warner's claims. The Parties are currently finalizing the settlement agreement, which they will submit to the Court for approval upon completion.

  Respectfully submitted this 15th day of March, 2022.

| | |
|---|---|
| */s/ Christopher M. Timmel*<br>Philip J. Gibbons, Jr., NCSB #50276<br>Corey M. Stanton, NCSB #56255<br>**GIBBONS LAW GROUP, PLLC**<br>14045 Ballantyne Corporate Place, Ste 325<br>Charlotte, NC 28277<br>Telephone: (704) 612-0038<br>Facsimile: (704) 612-0038<br>phil@gibbonslg.com<br>corey@gibbonslg.com<br><br>Seth R. Lesser*<br>Christopher M. Timmel*<br>**KLAFTER LESSER LLP**<br>Two International Drive, Suite 350<br>Rye Brook, NY 10573<br>Telephone: (914) 934-9200<br>Facsimile: (914) 934-9220<br>seth@klafterlesser.com | */s/ Kevin D. Johnson*<br>Jared D. Gardner<br>**GARDNER SKELTON PLLC**<br>505 East Boulevard<br>Charlotte, NC 28203<br>(704) 335-0350<br>Fax (704) 390-7027<br>jared@gardnerskelton.com<br>State Bar No. 28275<br><br>Kevin D. Johnson*<br>Christopher M. Bentley*<br>Meaghan K. Maus*<br>**JOHNSON JACKSON PLLC**<br>N. Tampa St., Suite 2310<br>Tampa, FL 33602<br>(813) 580-8400<br>Fax (813) 580-8407<br>kjohnson@johnsonjackson.com |

1

christopher.timmel@klafterlesser.com

*Attorneys for Plaintiffs*

*Admitted *pro hac vice*

cbentley@johnsonjackson.com
mmaus@johnsonjackson.com

*Attorneys for Defendant*

*Admitted *pro hac vice*

# CERTIFICATE OF SERVICE

I certify that on March 15, 2022, I electronically filed the foregoing NOTICE OF SETTLEMENT with the Clerk of Court using the CM/ECF system, which will notify the following counsel of record via electronic mail:

Phillip J. Gibbons
Corey M. Stanton
Seth R. Lesser
Christopher M. Timmel

*/s/ Kevin D. Johnson*
Kevin D. Johnson

Attorney for Defendant