IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:21-CV-209-FDW-DCK

| | |
|---|---|
| MATTHEW URBAN and VAN WARNER, <br><br> Plaintiffs, <br><br> -vs- <br><br> DELI MANAGEMENT, INC., d/b/a JASON'S DELI, <br><br> Defendant. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion for Stipulated Judgment Approving Settlement Agreement" (Document No. 28) filed April 14, 2022.

Plaintiffs asserted claims under the Fair Labor Standards Act ("FLSA"). Defendant denies the claims asserted in this action and denies all liability associated with any of the facts or claims alleged in the lawsuit. Plaintiffs Urban and Warner and Defendant Jason's Deli have agreed to settlement of this bona fide FLSA dispute after discovery and following arm's length negotiations.

Upon careful review and consideration of the Motion (Document No. 28), the Parties' Settlement Agreement (Document No. 28-1), and the Offer of Judgment (Document No. 23), the Court finds that the settlements are a fair and reasonable resolution of this bona fide FLSA dispute. Taylor v. Progress Energy, Inc., 493 F.3d 454, 460 (4th Cir. 2007), superseded on other grounds as recognized by Whiting v. The Johns Hopkins Hosp., 416 F. App'x 312, 316 (4th Cir. 2011); see also Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1355 (11th Cir. 1982).

**IT IS, THEREFORE, ORDERED** that the Joint Motion for Stipulated Judgment Approving Settlement Agreement (Document No. 28) is **GRANTED**. Upon consideration of the

1

Parties' Joint Motion, the Court **ORDERS** that the payment of the settlement amounts and attorneys' fees shall be made as provided in the Settlement Agreement (Document No. 28-1) and Offer of Judgment (Document No. 23).

**IT IS FURTHER ORDERED** that all claims in the above-styled action are hereby **DISMISSED** with prejudice.

The Clerk is respectfully directed to **CLOSE** the case.

**IT IS SO ORDERED.**

Frank D. Whitney
United States District Judge

Signed: May 26, 2022